# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ALFRED CLARK,

        Plaintiff,

vs.

NEW CENTURY MORTGAGE COMPANY, *et al.*,

        Defendants.

2:17-cv-01065-JAD-VCF

**ORDER**

Before the Court are the following motions:

1. Motion to Quash Service (ECF No. 8),

2. Motion to Extend Time re: Complaint (ECF No. 10),

3. Motion for Default Judgment (ECF No. 13),

4. Motion to Strike Motion to Quash (ECF No. 15),

5. Memorandum of Points and Authorities in Support of Motion to Strike (ECF No. 16).

Accordingly,

IT IS HEREBY ORDERED that that this action is stayed and a status hearing is scheduled for 2:00 PM, June 9, 2017, in Courtroom 3D.

Plaintiff Alfred Clark must attend the hearing in person.

IT IS SO ORDERED.

DATED this 26th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE