# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Alfred Clark,

    Plaintiff

v.

New Century Mortgage Company, et al.,

    Defendants

2:17-cv-01065-JAD-VCF

**Order Denying Motion for Default**

**[ECF No. 22]**

Plaintiff Alfred Clark requests "entry of default judgment" against defendant U.S. Bank.[1] This request is premature. The Clerk of Court may only enter default against a party when the deadline for its response has passed without any appearance. U.S. Bank's response is not yet late; the Magistrate Judge gave U.S. Bank until July 10, 2017, to answer or otherwise respond to Clark's lawsuit.[2] And Rule 55 of the Federal Rules of Civil Procedure, which governs defaults and default judgments, requires that a default be entered by the Clerk of Court before a default judgment can be requested. Because the Clerk has not yet entered—and cannot yet enter—default against U.S. Bank, Clark's request for a default *judgment* is fatally early.

Accordingly, IT IS HEREBY ORDERED that Clark's Motion for Entry of Default Judgment Against U.S. Bank [ECF No. 22] is DENIED.

Dated this 6th day of July, 2017

                                        _____
                                        Jennifer A. Dorsey
                                        United States District Judge

---

[1] ECF No. 22.

[2] ECF No. 20 (minutes).