J Christopher Jorgensen
Nevada Bar No.: 5382
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200
E-mail:  cjorgensen@lrrc.com

*Attorneys for Defendant*
*Barclays Capital Real Estate Inc., dba HomEq Servicing*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALFRED CLARK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEW CENTURY MORTGAGE COMPANY; US BANK, NATIONAL ASSOCIATION; BARCLAYS CAPITAL REAL ESTATE INC. dba HOMEQ SERVICING, ATTORNEY IN FACT; WESTERN PROGRESSIVE-NEVADA, INC.; OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendants. | Case No.: 2:17-cv-01065-JAD-VCF<br><br>**DEFENDANT BARCLAYS CAPITAL REAL ESTATE INC. dba HOMEQ SERVICING'S JOINDER TO DEFENDANTS U.S. BANK, WESTERN PROGRESSIVE, AND OCWEN'S RESPONSE TO PLAINTIFF'S MOTION OBJECTING TO MAGISTRATE'S ORDER TO STAY DISCOVERY and MOTION OBJECTING TO MAGISTRATE'S ORDER TO STRIKE DISCOVERY PROPOSAL** |

　　　　Defendant BARCLAYS CAPITAL REAL ESTATE INC. dba HOMEQ SERVICING ("BARCLAYS" or "Defendant"), hereby files its joinder in Defendants' U.S. Bank, Western Progressive, and Ocwen's Response to Plaintiff's Motion Objecting to Magistrate's Order to Stay Discovery and Motion Objecting to Magistrate's Order to Strike Discovery Proposal (ECF No. 49).

　　　　Barclays adopts and incorporates the arguments and authorities set forth in Defendants' U.S. Bank, Western Progressive, and Ocwen's Response to Plaintiff's Motion Objecting to Magistrate's Order to Stay Discovery and Motion Objecting to Magistrate's Order to Strike

/ / /

/ / /

/ / /

102719615_1

Discovery Proposal.

DATED this 1st day of November, 2017.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ J Christopher Jorgensen*
J Christopher Jorgensen (#5382)
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
*Attorneys for Defendant Barclays Capital Real Estate Inc., dba HomEq Servicing*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2017, I caused a true and accurate copy of the foregoing document entitled **DEFENDANT BARCLAYS CAPITAL REAL ESTATE INC. dba HOMEQ SERVICING'S JOINDER TO DEFENDANTS U.S. BANK, WESTERN PROGRESSIVE, AND OCWEN'S RESPONSE TO PLAINTIFF'S MOTION OBJECTING TO MAGISTRATE'S ORDER TO STAY DISCOVERY and MOTION OBJECTING TO MAGISTRATE'S ORDER TO STRIKE DISCOVERY PROPOSAL** to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to the following:

Alfred Clark
5613 Harmony Ave.
Las Vegas, NV  89107
T: 702-772-8459
*Plaintiff in Proper Person*

Dana Jonathon Nitz
Natalie C. Lehman
WRIGHT, FINLAY & ZAK, LLP
7785 W. Sahara Avenue, Ste. 200
Las Vegas, NV  89117
T: 702-475-7964
Dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Defendants US Bank, N.A.;*
*Western Progressive-Nevada, Inc.;*
*and Ocwen Loan Servicing, LLC*

　　　　　　　　　　/s/ Rebecca J. Contla
An employee of Lewis Roca
Rothgerber Christie LLP

102719615_1

2