# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| ALFRED CLARK, | |
|---|---|
| Plaintiff, | |
| vs. | 2:17-cv-01065-JAD-VCF |
| NEW CENTURY MORTGAGE COMPANY, *et al.*, | **ORDER** |
| Defendants. | |

Before the Court is *Alfred Clark v. New Century Mortgage Company, et al.*, case number 2:17-cv-01065-JAD-VCF. A status hearing was scheduled for 10:00 AM, March 5, 2018. In light of the objection to the Order to Stay Discovery (ECF No. 48), IT IS HEREBY ORDERED that the status hearing scheduled for March 5, 2018 is VACATED and RESCHEDULED to 10:00 AM, September 5, 2018, in Courtroom 3D.

DATED this 2nd day of March, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE